IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 05-cv-01927-OES

DEC 2 - 2005

EDWARD E. HUDSON,

GREGORY C. LANGHAM
CLERK

Plaintiff,

v.

BILL OWENS,
JOE ORTIZ, and
FRED OLIVAS,

Defendants.

_____

ORDER ALLOWING PLAINTIFF TO PROCEED
WITHOUT PAYMENT OF INITIAL PARTIAL FILING FEE

_____

On October 21, 2005, the court granted Plaintiff Edward E. Hudson leave to

proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Pursuant to § 1915(b)(1),

the court ordered Mr. Hudson either to pay an initial partial filing fee of $35.00 or to

show cause why he has no assets and no means by which to pay the designated initial

partial filing fee. On November 21, 2005, Mr. Hudson submitted a document titled

"Plaintiff's Motion to Show Cause for Non-Payment of Initial Filing Fees Per Order"

together with a copy of his inmate trust fund account statement showing that the

available balance in his account as of November 7, 2005, is $5.71. The financial

affidavit previously filed by Mr. Hudson reveals no other assets.

Title 28 U.S.C. § 1915 requires a prisoner bringing a civil action "to pay the full

amount of a filing fee." 28 U.S.C. § 1915(b)(1). If a prisoner is unable to afford the full

amount of the filing fee when the action is filed, the statute provides for payment of the

filing fee through an initial partial filing fee and monthly installments of the balance until the full filing fee is paid. However, "[i]n no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee." 28 U.S.C. § 1915(b)(4).

Because he has demonstrated that he has no assets and no means by which to pay the initial partial filing fee, Mr. Hudson will be allowed to proceed in this action without payment of the initial partial filing fee designated in the court's October 21, 2005, order. The court will proceed to review complaint pursuant to § 1915(e)(2)(B). However, although he may proceed without payment of an initial partial filing fee, Mr. Hudson remains obligated to pay the full $250.00 filing fee through monthly installments as directed in the court's October 21 order and reiterated below. Accordingly, it is

ORDERED that Mr. Hudson may proceed in this action without payment of the initial partial filing fee designated in the court's October 21, 2005, order because he has shown cause why he has no means by which to pay an initial partial filing fee. Mr. Hudson remains obligated to pay the full amount of the required $250.00 filing fee pursuant to § 1915(b)(1). It is

FURTHER ORDERED that until the $250.00 filing fee is paid in full, Mr. Hudson shall make monthly payments to the court of twenty (20) percent of the preceding month's income credited to his account or show cause why he has no assets and no means by which to make each monthly payment. Mr. Hudson is directed to make the necessary arrangements to have the monthly payments identified by the civil action number on this order. It is

2

FURTHER ORDERED that if Mr. Hudson fails to have the appropriate payment sent to the clerk of the court each month or to show cause each month as directed above why he has no assets and no means by which to make the monthly payment, the complaint may be dismissed without prejudice and without further notice.  It is

**FURTHER ORDERED that the court may dismiss this action and may apply all or part of the filing fee payments tendered in this action to satisfy any filing fee debt the plaintiff may owe in a prior action or actions if the plaintiff fails to stay current with his payment obligations in the prior action or actions.**

DATED at Denver, Colorado, this __2__ day of __December__, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  05-cv-01927-OES

Edward E. Hudson
Prisoner No. 125068
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on___12-2-05___

GREGORY C. LANGHAM, CLERK

By:_____
                    Deputy Clerk